IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEACE CHURCH RISK RETENTION GROUP, (A RECIPROCAL), AS SUBROGEE OF BARCLAY FRIENDS, ET AL. : : : : v. : : JOHNSON CONTROLS FIRE PROTECTION LP, : f/k/a SIMPLEX GRINNELL LP : | CIVIL ACTION<br><br>NO. 19-5377 |

# **O R D E R**

**AND NOW**, this 31st day of March 2021, upon consideration of Defendant Johnson Controls Fire Protection LP's Motion to Dismiss (ECF No. 20), Plaintiffs' Response in Opposition (ECF No. 21), and Defendant's Reply (ECF No. 22), it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**