IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEACE CHURCH RISK RETENTION : <br> GROUP, (A RECIPROCAL), AS SUBROGEE : <br> OF BARCLAY FRIENDS, ET AL. : <br>  : <br> v. : <br>  : <br> JOHNSON CONTROLS FIRE PROTECTION LP, : <br> f/k/a SIMPLEX GRINNELL LP : | CIVIL ACTION <br><br> NO. 19-5377 |

## O R D E R

**AND NOW**, this 1st day of September 2021, upon consideration of Defendant's Motion to Certify the Court's March 31, 2021 Order Denying Defendant's Motion to Dismiss (ECF No. 34) for Interlocutory Appeal under 28 U.S.C. § 1292(b) (ECF No. 46), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Motion is **GRANTED**. The March 31, 2021 Order (ECF No. 34) is certified for interlocutory appeal.

2. The Clerk of Court shall mark this action closed for statistical purposes and place the matter in civil suspense pending adjudication of the interlocutory appeal, and until further Order of the Court.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**