IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEACE CHURCH RISK RETENTION GROUP *ET AL.* | : : | CIVIL ACTION |
| v. | : : | NO. 19-5377 |
| JOHNSON CONTROLS FIRE PROTECTION LP | : : : | |

**ORDER**

**AND NOW**, this 13th day of October, 2025, the Court having found that it has subject matter jurisdiction over this matter under 28 U.S.C. § 1332(a)(2); and the Court having previously considered Defendant Johnson Controls Fire Protection LP's Motion to Dismiss ("Defendant's Motion to Dismiss," ECF No. 20), Plaintiff's Response in Opposition thereto (ECF No. 21), and Defendant's Reply (ECF No. 22), and having issued a Memorandum and Order **DENYING** Defendant's Motion to Dismiss (ECF Nos. 33, 34); and the Court having previously considered Defendant's Motion to Certify the Court's Order Denying Defendant's Motion to Dismiss for Interlocutory Appeal under 28 U.S.C. § 1292(b) ("Defendant's Motion to Certify," ECF No. 46), and having issued a Memorandum and Order **GRANTING** Defendant's Motion to Certify (ECF Nos. 58, 59),[1] it is **ORDERED** as follows:

1. The Court's Memorandum and Order docketed at ECF Nos. 33 and 34 are hereby **REISSUED** and shall be re-docketed by the Clerk of Court as of this date.

2. The Court's Memorandum and Order docketed at ECF Nos. 58 and 59 are hereby **REISSED** and shall be re-docketed by the Clerk of Court as of this date.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**

---

[1] On Defendant's appeal, the Third Circuit Court of Appeals vacated the denial of Defendant's Motion to Dismiss and remanded for this Court to determine the existence of diversity jurisdiction. *Peace Church Risk Retention Grp. v. Johnson Controls Fire Prot. LP*, 49 F.4th 866 (3d Cir. 2022).